# Court of Appeals
# of the State of Georgia

ATLANTA,___June 19, 2014_____

*The Court of Appeals hereby passes the following order:*

**A14A1637.  LARRY STUCKEY v. JAMES E. STUCKEY, et al.**

Larry Stuckey, plaintiff in the case below, seeks appellate review of the trial court's ruling on his request for a writ of partition pursuant to OCGA § 44-6-160 et seq.  Under Ga. Const. 1983, Art. VI, Sec. VI, Par. III, the Supreme Court has original appellate jurisdiction over cases involving title to land.  Because this appeal involves title to land, jurisdiction lies in the Supreme Court.  See *Pack v. Mahan*, 294 Ga. 496, 496, n.1 (755 SE2d 126) (2014) ("appeals from orders of equitable and statutory partition alike come within our appellate jurisdiction in cases involving title to land.").  Accordingly, the appeal is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 06/19/2014_____
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*